**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 22-cv-20465-JB**

**JUAN JULIO GARCIA,**

      **Plaintiff,**

**v.**

**ALAIN RODRIGUEZ, *et al.*,**

      **Defendants.**

_____ /

## <u>NOTICE OF CROSS APPEAL</u>

Defendants/Appellees/Cross-appellants, JESUS MARTINEZ, CHRISTOPHER FERNANDEZ, GREGORY WADDELL, ALEJANDRO ESTEVEZ, MIGUEL REYES, ROBERT LOVE and ALAIN RODRIGUEZ, hereby cross-appeal the district court's Order Denying Defendants' Bill of Costs, dated March 12, 2026 [ECF No. 243], a copy of which is attached as Exhibit "A."

Dated: April 9, 2026                Respectfully submitted,

                                  GERALDINE BONZON-KEENAN
                                  Miami-Dade County Attorney
                                  Stephen P. Clark Center
                                  111 N.W. 1 Street, Suite 2810
                                  Miami, FL  33128

                    By*: /s/ Erica Zaron_____*
                       Erica S. Zaron, Esq.
                       Florida Bar No. 0514489
                       Assistant County Attorney
                       Telephone:(305) 375-5151
                       Facsimile: (305) 375-5611
                       E-mail: zaron@miamidade.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on April 9, 2026, via U.S. Mail on Julio Juan Garcia, #A32071, Sumter Correctional Institute, 9544 County Road 476B, Bushnell, FL 33513.

By: _/s/ Erica S. Zaron_
Erica S. Zaron